UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FCA US LLC, a Delaware Limited
Liability Company,

    Plaintiff,

vs.

CUMMINS INC. f/k/a CUMMINS
ENGINE COMPANY, INC., an Indiana
Company,

    Defendant.

AND

CUMMINS INC., an Indiana Company,

    Counter-Plaintiff,

vs.

FCA US LLC, a Delaware Limited
Liability Company,

    Counter-Defendant.

Case No. 16-cv-12883-AC-SDD

HON: AVERN COHN

**AMENDED JOINT RULE 26(f)
DISCOVERY PLAN AND
SCHEDULING ORDER**

| | |
|---|---|
| James P. Feeney (P13335) | Jeffrey A. Soble |
| Laura C. Baucus (P56932) | Lauren M. Loew |
| Paul L. Nystrom (P57067) | Foley & Lardner LLP |
| Dykema Gossett PLLC | 321 N. Clark Street, Suite 2800 |
| 39577 Woodward Avenue, Suite 300 | Chicago, IL 60654 |
| Bloomfield Hills, MI 48304 | (312)832-4500 |
| Jfeeney@dykema.com | jsoble@foley.com |
| lbaucus@dykema.com | lloew@foley.com |
| pnystrom@dykema.com | *Attorneys for Cummins Inc.* |
| *Attorneys for FCA US LLC* | |

4844-3669-3821.5
4844-3669-3821.7

Vanessa L. Miller (P67794)
Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313)234-7100
vmiller@foley.com
*Attorneys for Cummins Inc.*

# AMENDED JOINT RULE 26(f) DISCOVERY PLAN AND SCHEDULING ORDER

Per the request of this Court, after the status conference on December 12, 2016 at 10:00 am, the parties hereby submit this amended Joint Rule 26(f) Discovery Plan and Scheduling Order.

| **Proposed Event** | **Proposed Date** |
| --- | --- |
| Initial Rule 26(a)(1) Disclosures: | December 22, 2016 |
| Stipulations:<br><br>The parties shall make an effort to limit the issues that will be litigated and the subject of discovery in this action. To accomplish this, the parties shall exchange up to twenty proposed stipulations of fact by: | December 22, 2016 |
| Responses to Stipulations:<br><br>The parties shall exchange responses | January 12, 2017<br><br>If the party will not stipulate to a |

2

| | |
|---|---|
| to the other party's proposed stipulations of fact stating for each proposed stipulation either:<br><br>1) that the proposed language of the stipulation is acceptable and the party will stipulate to it,<br><br>2) the party will stipulate to it if certain revisions are made to it with the revised language of the proposed stipulation provided in the response, or<br><br>3) that the party will not stipulate to it and there is no revised form of the stipulation to which the party would stipulate: | proposed stipulation, it is required to provide the reasons why.<br><br>A reason may be that the information is not known because discovery is needed. however, the parties must provide a substantive response no later than the Fact Discovery Cut Off date. |
| Lay Witness Lists: | April 1, 2017 |
| Fact Discovery Cutoff: | June 1, 2017 |
| Expert Disclosures: | <u>Plaintiff's Disclosures:  June 15, 2017</u><br><br><u>Defendant's Disclosures:  July 15, 2017</u><br><br>Rebuttal disclosures are not permitted without Court approval. |
| Expert Discovery Cutoff: | August 31, 2017 |
| Dispositive Motion Filing Deadline: | October 31, 2017 |

3

| Final Pre-Trial Conference to be set by the Court in: | December 1, 2017 |
|---|---|
| Trial: | To be set by the Court. |

**IT IS SO ORDERED.**

Dated:  December 27, 2016        s/Avern Cohn
                                 U.S. District Judge

4